CO-386-online
10/03

# United States District Court
# For the District of Columbia

Stormont-Vail Health Care )
)
)
)
)
      vs   Plaintiff )   Civil Action No._____
)
Michael O. Leavitt, )
Secretary of Health and Human Services )
)
      Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Stormont-Vail Health Care__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Stormont-Vail Health Care__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MI 0016
BAR IDENTIFICATION NO.

Kenneth R. Marcus
Print Name

660 Woodward Avenue, Suite 2290
Address

Detroit    Michigan    48226
City    State    Zip Code

313 465 7470
Phone Number