UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STORMONT-VAIL HEALTH CARE<br>1500 SW 10th Avenue<br>Topeka, KS 66604-1353<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br>200 Independence Avenue, SW<br>Washington, DC 20201<br><br>Defendant. | Civil Action No. 1:07-cv-00611<br><br>The Honorable Colleen Kollar-Kotelly |

## PROOF OF SERVICE

I certify that I caused a copy of Plaintiff's Summons, Civil Cover Sheet, Complaint, Notice of Designation of Related Civil Cases Pending in this or any other United States Court, a Certificate Rule LCvR 7.1, the Assigning/Reassigning of case to Judge Colleen Kollar-Kotelly, and a Consent to Proceed Before a U.S. Magistrate Judge for All Purposes form to be delivered via U.S. Certified Mail to the following persons:

> **Michael O Leavitt,** Secretary
> Department of Health and Human Services
> Hubert Humphrey Building
> Room 615-F
> 200 Independence Avenue, SW
> Washington, DC 20201

Attached hereto as Exhibit A is a copy of the U.S. Postal Service Domestic Return Receipt as proof of service, served on April 16, 2007.

>**Alberto R. Gonzales**
>Attorney General of the United States
>Department of Justice
>950 Pennsylvania Avenue, SW
>Room B-103
>Washington, DC 20201

Attached hereto as Exhibit B is a copy of the U.S. Postal Service Domestic Return Receipt as Proof of Service, served on April 16, 2007.

>**Civil Process Clerk**
>**United States Attorney for the District of Columbia**
>Judiciary Center
>555 Fourth Street, NW
>Washington, D.C.  20530

Attached hereto as Exhibit C is a copy of the U.S. Postal Service Domestic Return Receipt as Proof of Service, served on April 16, 2007.

>Respectfully submitted,
>
>/s/ Kenneth R. Marcus
>Kenneth R. Marcus (D.C. Bar No. MI 0016)
>Honigman Miller Schwartz and Cohn LLP
>660 Woodward Avenue
>2290 First National Building
>Detroit, Michigan 48226
>Telephone: (313) 465-7470
>Facsimile:  (313) 465-7471
>kmarcus@honigman.com
>
>COUNSEL FOR PLAINTIFF
>STORMONT-VAIL HEALTH CARE

Date: April 25, 2007

DETROIT.2603667.1

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Lawrence<br>C. Date of Delivery: 4/16/07 |
| 1. Article Addressed to:<br>Mr. Michael O. Leavitt<br>Secretary of Health and Human Services<br>Room 615-F<br>Hurbert H. Humphrey Building<br>200 Independence Avenue SW<br>Washington, DC 20201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 4368 6483 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

3

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>APR 1 6 2007   04/16/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Mr. Alberto R. Gonzales<br>Attorney General of the United States<br>Department of Justice<br>Room B-103<br>950 Pennsylvania Avenue SW<br>Washington, DC 20530 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 4368 6490 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

4

# EXHIBIT C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>APR 1 6 2007 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>Office of the United States Attorney<br>Judiciary Center<br>555 Fourth Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 4368 6506 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |