UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STORMONT-VAIL<br>    HEALTH CARE,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>    U.S. Department of Health<br>    and Human Services,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:07-cv-611 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 45-day enlargement of time, up to and including July 30, 2007, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on June 12, 2007 regarding the instant motion. Plaintiff, through counsel, has graciously consented to the extension. In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of their Complaint on April 16, 2007, and the current deadline for the Secretary's response to Plaintiff's Complaint is June 15, 2007. See Fed. R. Civ. P. 12(a)(3)(A).

2. Plaintiff challenges a decision by the Administrator of the Centers for Medicare

& Medicaid Services ("CMS") made during the course of implementing a settlement agreement into by the parties in <u>Stormont-Vail Health Care, Inc. v. Thompson</u>, Case No. 02-1977 (CKK). The Medicare payment issues and legal issues in this action are complex and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

3. The Office of the Attorney Advisor ("OAA") within CMS is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes and, thus, its workload is quite heavy.

4. The Secretary's counsel have not received the administrative record for this action. Upon receipt of the administrative record for this action, Defendant's counsel will need time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.

5. In order to allow sufficient time for OAA to compile the administrative record for this action, and for Defendant's counsel to review that record and the record and the judicial docket for the related case; to consult with the agency as necessary; and to prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of forty-five days, up to and including July 30, 2007, within which to answer or otherwise respond to Plaintiff's Complaint.

6. This request is made in good faith and not for purposes of delay.

7. The Secretary has not previously requested or been given an extension of time to respond to Plaintiff's Complaint.

8. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

                                        Respectfully submitted,

                                        /s/
                                    JEFFREY A. TAYLOR
                                    United States Attorney
                                    D.C. Bar No. 498610

                                        /s/
                                    MEGAN L. ROSE
                                    Assistant United States Attorney
                                    N.C. Bar No. 28639
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7720
                                    Facsimile: (202) 514-8780


                                        /s/
                                  ROBERT BALDERSTON
                                  Attorney
                                  U.S. Department of Health and
                                        Human Services
                                  Office of the General Counsel
                                  Room 5309, Cohen Bldg.
                                  330 Independence Ave, SW
                                  Washington, DC 20201
                                  (202) 619-3601
                                  Facsimile: (202) 401-1405


                                  Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STORMONT-VAIL<br>  HEALTH CARE,<br><br>             Plaintiff,<br><br>       v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>  U.S. Department of Health<br>  and Human Services,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)    Case No. 1:07-cv-611 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this

_____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including July 30, 2007 to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE