UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STORMONT-VAIL    )<br>    HEALTH CARE,    )<br>    )<br>    Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>MICHAEL O. LEAVITT, Secretary,    )<br>    U.S. Department of Health    )<br>    and Human Services,    )<br>    )<br>    Defendant.    )<br>_____) | Case No. 1:07-cv-611 (CKK) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a second 45-day enlargement of time, up to and including September 13, 2007, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on July 26, 2007 regarding the instant motion. Plaintiff, through counsel, has graciously consented to the extension. In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of their Complaint on April 16, 2007. On June 12, 2007, the Secretary filed a Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint because counsel for the

Secretary had not yet received the certified administrative record for this case. See Docket No. 6. That consent motion was granted by this Court on June 14, 2007, which gave the Secretary until July 30, 2007 to answer or otherwise respond to Plaintiff's Complaint. Id.

2. Plaintiff challenges a decision by the Administrator of the Centers for Medicare & Medicaid Services ("CMS") made during the course of implementing a settlement agreement by the parties in Stormont-Vail Health Care, Inc. v. Thompson, Case No. 02-1977 (CKK).

3. Although counsel for the Secretary is now in receipt of the administrative record in this case, the parties have communicated regarding the possibility of settling this case. At this time, the parties believe that a potential resolution of this case might best be served by an enlargement of time to explore settlement, as opposed to the Secretary moving forward and filing an Answer. The parties will continue efforts to resolve this case during the course of the requested 45-day enlargement of time.

4. This request is made in good faith and not for purposes of delay.

5. As noted above, this is the second request for an extension of time; however, it is the first request for extension of time for the purpose of exploring the possibility of settlement with Plaintiff's counsel.

6. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____/s/_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7720
Facsimile: (202) 514-8780

_____         _____/s/_____
                                          ROBERT BALDERSTON
                                          Attorney
                                          U.S. Department of Health and
                                                Human Services
                                          Office of the General Counsel
                                          Room 5309, Cohen Bldg.
                                          330 Independence Ave, SW
                                          Washington, DC 20201
                                          (202) 619-3601
                                          Facsimile: (202) 401-1405

_____         Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STORMONT-VAIL<br>    HEALTH CARE, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Case No. 1:07-cv-611 (CKK) |
| MICHAEL O. LEAVITT, Secretary,<br>    U.S. Department of Health<br>    and Human Services, | )<br>)<br>)<br>)<br>) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

Having considered Defendant's Consent Motion for Enlargement of Time Within Which to Respond to Plaintiffs' Complaint, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including September 13, 2007 to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE