UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STORMONT-VAIL ) <br>     HEALTH CARE, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br>     U.S. Department of Health ) <br>     and Human Services, ) <br> ) <br>     Defendant. ) <br> _____ ) | Case No. 07-0611 (CKK) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a third 45-day enlargement of time, up to and including October 29, 2007, to answer or otherwise respond to Plaintiff's Complaint. Currently, the Defendant's answer is due by September 13, 2007. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on September 10, 2007 regarding the instant motion. Plaintiff, through counsel, has graciously consented to the extension. The undersigned is aware of the Court's expectation that motions for extension of time be filed at least four days in advance of the deadline for which the extension is sought. The undersigned apologizes to the Court for filing this motion within that four-day period. The delay in filing this motion was caused, at least in part, by the transfer of this case from Assistant United States Attorney Megan Rose to the undersigned counsel of record on September 10.

In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on April 16, 2007. On June 12, 2007, the Secretary filed a Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint because counsel for the Secretary had not yet received the certified administrative record for this case. See Docket No. 6. That consent motion was granted by this Court on June 14, 2007, which gave the Secretary until July 30, 2007 to answer or otherwise respond to Plaintiff's Complaint. Id. On July 26, 2007, the Secretary filed a second Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint to allow the parties to explore the possibility of settling this case. See Docket No. 7. The consent motion was granted by this Court on August 8, 2007, which gave the Secretary until September 13, 2007 to answer or otherwise respond to Plaintiff's Complaint. Id.

2. Plaintiff challenges a decision by the Administrator of the Centers for Medicare & Medicaid Services ("CMS") made during the course of implementing a settlement agreement by the parties in Stormont-Vail Health Care, Inc. v. Thompson, Case No. 02-1977 (CKK).

3. The parties have communicated regarding the possibility of settling this case. Furthermore, counsel for the Secretary has conferred with CMS regarding this matter, and CMS is in the process of reviewing this case and exploring obtaining the necessary government approvals to engage Plaintiff in more substantive settlement discussions. At this time, the parties believe that a potential resolution of this case might best be served by an enlargement of time to explore settlement, as opposed to the Secretary moving forward and filing an Answer. The parties will continue efforts to resolve this case during the course of the 45-day enlargement of time.

4. This request is made in good faith and not for purposes of delay.

5. As noted above, this is the third request for an extension of time, however, it is the second request for extension of time for the purpose of exploring the possibility of settlement with Plaintiff's counsel.

6. There are no other previously scheduled deadlines in this case.

        Respectfully submitted,

        /s Jeffrey A. Taylor
        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610

        /s Peter S. Smith
        PETER S. SMITH
        Assistant United States Attorney
        D.C. Bar No. 465131
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372
        Facsimile: (202) 514-8780


        /s Robert Balderston
        ROBERT BALDERSTON
        Attorney
        U.S. Department of Health and
            Human Services
        Office of the General Counsel
        Room 5309, Cohen Bldg.
        330 Independence Ave, SW
        Washington, DC 20201
        (202) 619-3601
        Facsimile: (202) 401-1405

        Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STORMONT-VAIL HEALTH CARE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 07-0611 (CKK) ) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | ) ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

In consideration of Defendant's consent motion for extension of time to answer, that motion is GRANTED. Defendant's answer or response to the complaint is due by October 29, 2007.

_____

United States District Judge