UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STORMONT-VAIL ) <br>    HEALTH CARE, ) <br> ) <br>         Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br>    U.S. Department of Health ) <br>    and Human Services, ) <br> ) <br>         Defendant. ) <br> _____) | Civil No. 07- 0611 (CKK) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 30-day enlargement of time, up to and including November 28, 2007, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on October 26, 2007 regarding the instant motion. Plaintiff, through counsel, has graciously consented to the extension. In support of the instant motion, the Secretary states as follows:

    1. Plaintiff instituted this action with the filing of its Complaint on April 16, 2007. On June 12, 2007, the Secretary filed a Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint because counsel for the Secretary had not yet received the certified administrative record for this case. See Docket No. 6.

That consent motion was granted by this Court on June 14, 2007, which gave the Secretary until July 30, 2007 to answer or otherwise respond to Plaintiff's Complaint.  <u>Id.</u>  On July 26, 2007, the Secretary filed a second Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint to allow the parties to explore the possibility of settling this case.  The consent motion was granted by this Court on August 8, 2007, which gave the Secretary until September 13, 2007 to answer or otherwise respond to Plaintiff's Complaint.  <u>See</u> Docket No. 7.  On September 11, 2007, the Secretary filed the most recent request for an enlargement of time which, when granted by this Court on September 14, 2007, gave the Secretary until October 29, 2007 to Answer or otherwise respond to Plaintiff's Complaint.  <u>See</u> Docket No. 10.

    2.  Plaintiff challenges a decision by the Administrator of the Centers for Medicare & Medicaid Services ("CMS") made during the course of implementing a settlement agreement by the parties in <u>Stormont-Vail Health Care, Inc. v. Thompson</u>, Case No. 02-1977 (CKK).

    3.  The parties have communicated regarding the possibility of settling this case. Furthermore, counsel for the Secretary has conferred with CMS regarding this matter and the parties are continuing the process of exploring a potential settlement of this case, including the process of reducing a potential settlement agreement to writing.  At this time, the parties continue to believe that a potential resolution of this case might best be served by an enlargement of time to engage in settlement discussions, as opposed to the

Secretary moving forward and filing an Answer. The parties will continue efforts to resolve this case during the course of the 30-day enlargement of time.

    4. The Secretary is aware that this Court requires that motions for extension of time be filed four days in advance of the time for filing having run. While the Secretary realizes that this filing is made three calendar days before October 29, 2007, the Secretary offers that the parties were communicating earlier in this week and are in the process of attempting to reduce a draft settlement agreement to writing. However, as of today, it has become evident that the parties will need additional time to prepare and review any potential draft settlement agreement.

    5. This request is made in good faith and not for purposes of delay.

    6. As noted above, this is the fourth request for an extension of time; however, it is the third request for extension of time for the purpose of exploring the possibility of settlement with Plaintiff's counsel.

    7. There are no other previously scheduled deadlines in this case.

                                    Respectfully submitted,

                                          s/Jeffrey A. Taylor
                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                United States Attorney

                                          s/Peter S. Smith
                                PETER S. SMITH, D.C. BAR # 465131
                                Assistant United States Attorney
                                United States Attorney's Office
                                Civil Division
                                555 4th Street, N.W.
                                Washington, D.C. 20530

(202) 307-0372

/s Robert Balderston
ROBERT BALDERSTON
Attorney
U.S. Department of Health and
Human Services
Office of the General Counsel
Room 5309, Cohen Bldg.
330 Independence Ave, SW
Washington, DC 20201
(202) 619-3601
Facsimile: (202) 401-1405

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STORMONT-VAIL HEALTH CARE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. Department of Health )<br>and Human Services, )<br>)<br>Defendant. )<br>_____) | Civil No. 07- 0611 (CKK) |

**ORDER**

Upon consideration of the Defendant's consent motion for extension of time, it is this

_____ day of _____, 2007,

ORDERED, that the motion is Granted and that Defendant's answer or response to the complaint in this case is due by November 28, 2007.

                                                                                          _____
                                                                                          United States District Judge