UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STORMONT-VAIL<br>    HEALTH CARE,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>    U.S. Department of Health<br>    and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:07-cv-611 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 16-day enlargement of time, up to and including December 14, 2007, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on November 28, 2007 regarding the instant motion. Plaintiff, through counsel, has graciously consented to the extension. In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on April 16, 2007. On June 12, 2007, the Secretary filed a Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint because counsel for the Secretary had not yet received the certified administrative record for this case. See Docket No. 6.

That consent motion was granted by this Court on June 14, 2007, which gave the Secretary until July 30, 2007 to answer or otherwise respond to Plaintiff's Complaint. Id. Since that time, the Court has granted three more consent motions for enlargement to allow the parties to explore the possibility of settling this case. The most recent consent motion for enlargement of time was granted on October 30, 2007, giving the Secretary until November 28, 2007 to answer or otherwise respond to Plaintiff's complaint. See Docket No. 7.

    2. Plaintiff challenges a decision by the Administrator of the Centers for Medicare & Medicaid Services ("CMS") made during the course of implementing a settlement agreement by the parties in Stormont-Vail Health Care, Inc. v. Thompson, Case No. 02-1977 (CKK).

    3. The parties have communicated regarding the possibility of settling this case. Furthermore, counsel for the Secretary has conferred with CMS regarding this matter and at this time the parties have an agreement in principle. The parties are in the process of reducing that agreement to writing. The parties also continue to believe that a potential resolution of this case might best be served by an enlargement of time to attempt to complete settlement discussions, as opposed to the Secretary moving forward and filing an Answer in this case. The parties will continue efforts to resolve this case during the course of the 16-day enlargement of time.

    4. The Secretary is aware that this Court requires that motions for extension of

time be filed four days in advance of the time for filing having run.  While the Secretary realizes that this filing is made on the final day of the most recent extension, the Secretary offers that the parties are still in the process of attempting to reduce a draft settlement agreement to writing and that the parties would benefit from additional time to seek the necessary reviews and approvals.

5.  This request is made in good faith and not for purposes of delay.

6.  As noted above, this is the fifth request for an extension of time; however, it is the first such request that seeks the relatively short enlargement of time of 16 days, as opposed to 30 days or 45 days that the Secretary, with Plaintiff's consent, has requested from this Court in the past.

7.  There are no other previously scheduled deadlines in this case.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

/s/
CHARLOTTE ABEL
Assistant United States Attorney
D.C. Bar No. 388582
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332
Facsimile: (202) 514-8780

                                              /s/
_____ROBERT BALDERSTON
Attorney
U.S. Department of Health and
      Human Services
Office of the General Counsel
Room 5309, Cohen Bldg.
330 Independence Ave, SW
Washington, DC 20201
(202) 619-3601
Facsimile: (202) 401-1405

_____Counsel for Defendant