## EXHIBIT A

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STORMONT-VAIL<br>HEALTH CARE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. Department of Health<br>and Human Services,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07-cv-611 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF SETTLEMENT AND DISMISSAL

The Plaintiff in this lawsuit, Stormont-Vail Health Care, hereby files this Stipulation of Settlement and Dismissal. The Plaintiff also states:

1. The parties have resolved Plaintiff's claims related to fiscal year ending September 30, 1995 in this dispute pursuant to a settlement agreement executed on December 14, 2007.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), these claims are dismissed voluntarily by filing a stipulation of dismissal signed by all the parties. This Stipulation is signed by all the parties to this lawsuit.

3. This Stipulation hereby dismisses such claims from the lawsuit with prejudice.

Respectfully submitted:

STORMONT-VAIL HEALTH CARE

By: _____/s/ Kenneth R. Marcus_____
Kenneth R. Marcus
Honigman Miller Schwartz and Cohn LLP
DC Bar No. MI-0016
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
Phone: (313) 465-7470
Fax:    (313) 465-7471
kmarcus@honigman.com
COUNSEL FOR PLAINTIFF

—8—

MICHAEL O. LEAVITT
Secretary, U.S. Department of Health & Human Services

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372
Facsimile: (202) 514-8780


ROBERT W. BALDERSTON
Attorney
U.S. Department of Health and
     Human Services
Office of the General Counsel
Room 5309, Cohen Bldg.
330 Independence Ave, SW
Washington, DC 20201
(202) 619-3601
Facsimile: (202) 401-1405
COUNSEL FOR DEFENDANT

DETROIT.2902564.1

–9–