# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STORMONT-VAIL<br>HEALTH CARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-611 (CKK) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary,<br>U.S. Department of Health<br>and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION REGARDING THE SETTLEMENT
## AND DISMISSAL OF THIS ACTION

Pursuant to a request from this Court, the Plaintiff in this lawsuit, Stormont-Vail Health Care, and the Defendant, the Secretary of Health & Human Services, hereby jointly file this Stipulation regarding the parties' December 14, 2007 Settlement Agreement and Stipulation of Settlement and Dismissal. The parties state as follows:

1. On December 14, 2007, the parties entered into a Settlement Agreement, and filed with the Court a Stipulation of Settlement and Dismissal, see Docket #15.

2. The parties, by and through their undersigned counsel, do hereby stipulate that the December 14, 2007 Settlement Agreement and Stipulation of Settlement and Dismissal resolved all of Plaintiff's claims asserted in the above-captioned matter and that there are no remaining issues pending before the Court.

Respectfully submitted:

STORMONT-VAIL HEALTH CARE

By:

Kenneth R. Marcus
Honigman Miller Schwartz and Cohn LLP
DC Bar No. MI-0016
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
Phone: (313) 465-7470
Fax: (313) 465-7471
kmarcus@honigman.com

COUNSEL FOR PLAINTIFF

MICHAEL O. LEAVITT
Secretary, U.S. Department of Health & Human Services

By: 

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372
Facsimile: (202) 514-8780

ROBERT W. BALDERSTON
Attorney
U.S. Department of Health and
        Human Services
Office of the General Counsel
Room 5309, Cohen Bldg.
330 Independence Ave, SW
Washington, DC 20201
(202) 619-3601
Facsimile: (202) 401-1405

COUNSEL FOR DEFENDANT

–3–